Velázquez, Plaintiff and Appellant, v. Workmen's Relief Commission, Defendant and Appellee.

## Appeal from the District Court of Ponce in an Action for Damages.

### No. 2166.—Decided June 24, 1920.

Decided on the grounds of the opinion delivered in the case of *Rodríguez v. Workmen's Relief Commission, ante*, p. 596.

*Messrs. Tormes & Tormes* for the appellant.
*Mr. José E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.